IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

GAIL MICHAEL )
)
v. ) NO. 3-10-0805
) JUDGE CAMPBELL
SUPERSHUTTLE, et al. )

ORDER

This case is REFERRED to the Magistrate Judge for customized case management in accordance with Local Rule 16.01.

Pursuant to Local Rule 16.01(e)(1) and Fed. R. Civ. P. 26(d), discovery is not stayed absent order of the District Judge. No party shall file more than one motion to dismiss pursuant to Fed. R. Civ. P. 12 or more than one motion for summary judgment pursuant to Fed. R. Civ. P. 56, except upon order of the District Judge.

This case shall be set for trial upon completion of the initial case management conference by order of the District Judge in accordance with the procedures of Local Rule 16.01(d)(5).

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE