IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

GAIL MICHAEL )
)
v. ) NO. 3-10-0805
) JUDGE CAMPBELL
SUPERSHUTTLE, et al. )

ORDER

Plaintiff has filed a Notice of Voluntary Dismissal Without Prejudice (Docket No. 30) as to the only remaining Defendant, Robert Espinera. Accordingly, all claims against Mr. Espinera are DISMISSED without prejudice, this action is dismissed, and the Clerk is directed to close the file.

The jury trial set for January 31, 2012, and the pretrial conference set for January 23, 2012, are canceled. Any pending Motions are denied as moot. This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE